# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Rosemarie C. Wiseman,

Plaintiff(s),

v.

Santiva, Inc. et al,

Defendant(s).

Case No. 19cv1441
Judge Susan E. Cox

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Rosemarie C. Wiseman
and against defendant(s) Santiva, Inc. and Raymond Scott Henning in
the amount of $ 41,637.86.

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Susan E. Cox presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge   on a motion for summary judgment.

Date: 12/21/2022                              Thomas G. Bruton, Clerk of Court

                                              R.Franco, Deputy Clerk