**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Rosemarie C. Wiseman, et al.
                                 Plaintiff,

v.                                                                      Case No.: 1:19−cv−01441
                                                                         Honorable Susan E. Cox

Santiva, Inc, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 18, 2023:

      MINUTE entry before the Honorable Susan E. Cox: Defendants' Motion for a New Trial [197] is taken under advisement. The Court sets the following briefing schedule on the motion: Plaintiffs' brief in opposition is due 2/15/23; Defendants 9; reply brief is due 3/1/23. The Court will rule by mail. The Court also orders that Plaintiffs' reply brief on their motion for costs [188] be filed on or before 2/1/23. The Court will also rule by mail on that motion. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.